UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| MICHAEL ANDREW KITCHEN, | ) | |
|---|---|---|
|    PLAINTIFF, | ) | |
| | ) | NO. 1:16-CV-190 |
| -V- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| ANTHONY CROLL, ET AL., | ) | |
|    DEFENDANTS. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Court's Order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

**Date:** February 20, 2019                                   /s/ Paul L. Maloney
                                                                                            Paul L. Maloney
                                                                                            United States District Judge