UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL KITCHEN, #189265, )<br>Plaintiff, )<br> )<br>-v- )<br> )<br>CORIZON HEALTH, INC., et al., )<br>Defendants. )<br> ) | No. 1:16-cv-190<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered today (ECF No. 339), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

**Date:** August 21, 2020                    /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge