UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL ANDREW KITCHEN, #189265,<br>　　　　Plaintiff,<br><br>-v-<br><br>RICK SNYDER, ET AL.,<br>　　　　Defendants. | No. 1:16-cv-190<br><br>HON. PAUL L. MALONEY |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 356), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 25, 2021                        /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge